## Case No. 12,419.

### SAYLES v. GRAND TRUNK RY. CO.

Circuit Court, N. D. Illinois. 1879.

WRITS—SERVICE OF PROCESS—FOREIGN CORPORATION—INFRINGEMENT OF PATENT.

[DRUMMOND, Circuit Judge, held that the court had jurisdiction of a bill filed against the Grand Trunk Railway Company of Canada, and based on an infringement of a patent committed by that corporation in Michigan; service having been made on an agent of the corporation at its office in the Northern district of Illinois, although neither that agent nor the business transacted in that office had any connection with the infringement.]
[Cited in Walk. Pat. 284, to the foregoing proposition. Nowhere reported; opinion not now accessible.]

See Wilson Packing Co. v. Hunter [Case No. 17,852].